DUMAS, APPELLANT, v. THE REGISTRAR OF GUAYAMA,
RESPONDENT.

MOTION by Appellant for Extension of Time in which to File
a Record of Appeal in the Supreme Court.

No. 222.—Decided March 10, 1915.

ADMINISTRATIVE APPEAL—EXTENSION OF TIME.—The period of twenty days pre-
scribed by section 3 of the Act regulating administrative appeals, for filing
in the Supreme Court instruments which have been denied admission to
record, cannot be extended.

The facts are stated in the decision.
*Mr. Salvador Picornell* for the appellant.

BY THE COURT.

WHEREAS, The period of twenty days fixed by section 3
of the Act governing appeals from decisions of registrars
of property, approved March 1, 1902 (Revised Statutes, sec.
801), for presenting to this court the documents refused ad-
mission to record, is equivalent to fixing a time within which
the appeal must be taken and therefore the said period of
time cannot be extended,
The motion of the appellant is

*Overruled.*